Walnut Grill O'Fallon, et al.
v.

St. Louis-Kansas City Carpenters
Regional Council, et al.

VS.

# IN THE
# 11th JUDICIAL COURT
## STATE OF MISSOURI

No. 1711-CC00946

_____ 4 _____ Division

October 6, 2017

Memorandum

The parties and their respective attorneys appear on Plaintiffs' Motion for Temporary Restraining order. The Court hears arguments on that Motion and takes that Motion under advisement. The parties shall have until October 16, 2017 to file proposed orders on that Motion.

**FILED**

OCT 06 2017

JUDY ZERR
CIRCUIT CLERK
ST. CHARLES CO.

**So Ordered**

_____
Judge

Bryan P. Gringe #50013, Atty for MS
& Br #65290, Atb TT

_____
Attorney

Jamie M Martin #46465, Atty for Δ
Greg Campbell #38321

_____
Attorney